IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00286 JW |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER CONTINUING |
| | ) | HEARING AND EXCLUDING TIME |
| v. | ) | |
| | ) | |
| JOSE LUIS PADILLA, | ) | |
| | ) | |
| Defendant. | ) | |

The parties have jointly requested a continuance of the hearing set for August 22, 2005, to allow time for the completion of discovery. Specifically, the parties are attempting to determine whether any audio can be recovered from a tape recording of Mr. Padilla's deportation hearing. Accordingly, the government and the defense both require time for effective preparation.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for August 22, 2005, be continued to Monday, September 19, 2005, at 1:30 p.m.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from August 22, 2005, to Monday, September 19, 2005, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Dated: August 18, 2005                     /s/ James Ware
                                           JAMES WARE
                                           United States District Judge

ORDER CONTINUING HEARING
No. CR 05-00286 JW                         1

1  Distribute to:

2

3  Lara Vinnard
   Assistant Federal Public Defender
   160 West Santa Clara Street, Suite 575
4  San Jose, CA 95113
   Counsel for Defendant

5

6  Susan Knight
   Assistant United States Attorney
   150 Almaden, Suite 900
7  San Jose, CA 95113
   Counsel for the United States

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER CONTINUING HEARING
No. CR 05-00286 JW                                    2