BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant PADILLA

*IT IS SO ORDERED*
*/s/ James Ware*
*Judge James Ware*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOSE LUIS PADILLA, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR 05-00286 JW <br><br> **STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME; ORDER** |

    Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Monday, October 17, 2005, be continued to Monday, November 28, 2005, at 1:30 p.m.

    The parties have jointly requested a continuance of the hearing to allow time for the completion of investigation. At this time, the government is attempting to obtain additional records from Los Angeles County Superior Court regarding Mr. Padilla. These records are relevant to a possible disposition of the case. Accordingly, the government and the defense both require time for effective preparation.

    The parties further agree that time should be excluded under the Speedy Trial Act because

STIPULATION TO CONTINUE
HEARING DATE
No. CR 05-00286 JW              1

1 | the ends of justice outweigh the defendant's and the public's need for a speedy trial.

2 | Dated: October _12_, 2005                             _____/s/_____
                                                          LARA S. VINNARD
3 |                                                       Assistant Federal Public Defender

4 | Dated: October _12_, 2005                             _____/s/_____
                                                          SUSAN KNIGHT
5 |                                                       Assistant United States Attorney

STIPULATION TO CONTINUE
HEARING DATE
No. CR 05-00286 JW                    2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00286 JW |
| Plaintiff, | ) | **ORDER CONTINUING** |
| | ) | **HEARING AND EXCLUDING TIME** |
| v. | ) | |
| JOSE LUIS PADILLA, | ) | |
| Defendant. | ) | |

The parties have jointly requested a continuance of the hearing set for October 17, 2005, to allow time for the completion of investigation. Specifically, the government is attempting to obtain additional records regarding Mr. Padilla from Los Angeles County Superior Court which may be relevant to the disposition of the case.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for October 17, 2005, be continued to November 28, 2005, at 1:30 p.m.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from October 17, 2005, to November 28, 2005, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Dated: October 14, 2005

JAMES WARE
United States District Judge

ORDER CONTINUING HEARING
No. CR 05-00286 JW             3