KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5056
   FAX: (408) 535-5066
   Susan.Knight@usdoj.gov

Attorneys for Plaintiff

*IT IS SO ORDERED*
*/s/ James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 05-00286 JW |
|    Plaintiff, ) | |
|   v. ) | STIPULATION AND ORDER CONTINUING HEARING DATE |
| JOSE LUIS PADILLA, ) | |
|    Defendant. ) | SAN JOSE VENUE |

The undersigned parties jointly request that a status hearing on above-captioned matter be continued from November 28, 2005 to December 12, 2005 at 1:30 p.m. The government recently extended the defendant a "fast-track" disposition of his illegal reentry case and Assistant Federal Public Defender Lara Vinnard needs time to review the offer with him. The parties also agree and stipulate that an exclusion of time under the Speedy Trial Act from November 28, 2005 to December 12, 2005 is appropriate based on defendant's need for effective preparation of counsel.

SO STIPULATED:            KEVIN V. RYAN
                                 United States Attorney

DATED:_____       _____/s/_____
                                      SUSAN KNIGHT
                                      Assistant United States Attorney

DATED:_____     _____/s/_____
LARA S. VINNARD
Assistant Federal Public Defender

For good cause shown, the Court HEREBY ORDERS that the status hearing is continued to Monday, December 12, 2005 at 1:30 p.m.

The Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from November 28, 2005 to December 12, 2005. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

DATED: 11/23/05     _____
JAMES WARE
United States District Judge

STIPULATION AND [PROPOSED] ORDER
CR 05-00286 JW                                    2