1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant PADILLA

*IT IS SO ORDERED*
*Judge James Ware*

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11

| | | |
|---|---|---|
| 12 UNITED STATES OF AMERICA, | ) | No. CR 05-00286 JW |
| | ) | |
| 13              Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| | ) | **HEARING AND EXCLUDE TIME;** |
| 14 v. | ) | **[PROPOSED] ORDER** |
| | ) | |
| 15 JOSE LUIS PADILLA, | ) | |
| | ) | |
| 16              Defendant. | ) | |
| _____ | ) | |

17

18        Defendant and the government, through their respective counsel, hereby stipulate that,

19 subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for

20 Monday, February 27, 2006, be continued to Monday, April 3, 2005, at 1:30 p.m.

21        This matter was last before the Court on January 23, 2006.  At that time, without

22 objection by the government, the defense requested a continuance on grounds that Mr. Padilla's

23 family had retained counsel, Keith Jordan, Esq., to file petitions in state court to modify certain

24 of Mr. Padilla's prior state convictions.   If successful, these petitions could affect his ability to

25 remain in the United States.  The Court granted the continuance, but stated that no further

26 continuance would be granted unless compelling grounds were presented.  The defense believes

STIPULATION TO CONTINUE
HEARING DATE
No. CR 05-00286 JW                              1

1  that compelling grounds are present because counsel is informed that the petitions will be filed
2  by February 27, 2006, as set forth in the attached declaration of Assistant Federal Public
3  Defender Lara Vinnard.  The government stipulates that a continuance is appropriate to allow
4  time for the state court to act on the petitions.
5       The parties further agree that time should be excluded under the Speedy Trial Act because
6  the ends of justice outweigh the defendant's and the public's need for a speedy trial.

7  Dated: February _23__, 2006                     _____/s/_____
                                                    LARA S. VINNARD
8                                                   Assistant Federal Public Defender

9  Dated: February _23__, 2006                     _____/s/_____
                                                    SUSAN KNIGHT
10                                                  Assistant United States Attorney

STIPULATION TO CONTINUE
HEARING DATE
No. CR 05-00286 JW                                 2

IT IS SO ORDERED

*James Ware*
Judge James Ware

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00286 JW |
| Plaintiff, ) | **[PROPOSED] ORDER CONTINUING HEARING AND EXCLUDING TIME** |
| v. ) | |
| JOSE LUIS PADILLA, ) | |
| Defendant. ) | |

The parties have jointly requested a continuance of the hearing set for February 27, 2006, because defendant's family has retained counsel, Keith Jordan, Esq., who has represented that, by February 27, 2006, he will file petitions on Mr. Padilla's behalf in state court with respect to certain of his prior convictions. If successful, these petitions could affect Mr. Padilla's eligibility to remain in the United States.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for February 27, 2006, be continued to April 3, 2006, at 1:30 p.m.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from February 27, 2006, to April 3, 2006, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Dated: 02/27/06

_____
JAMES WARE
United States District Judge