BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant PADILLA

*IT IS SO ORDERED*
*[signature] Judge James Ware*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  <br>  ) <br> Plaintiff, ) <br>  ) <br> v. ) <br>  ) <br> JOSE LUIS PADILLA, ) <br>  ) <br> Defendant. ) <br> _____ ) | No. CR 05-00286 JW <br><br> **STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME; [PROPOSED] ORDER** |

    Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Monday, June 5, 2006, be continued to Monday, June 26, 2006, at 1:30 p.m.

    The continuance is requested because Mr. Padilla has filed petitions in state court challenging certain prior convictions that resulted in his deportation, and time is needed for the state courts to act on those petitions. The parties agree that a continuance is appropriate to allow time for this purpose.

    The parties further agree that time should be excluded under the Speedy Trial Act because the defense requires time for effective preparation and investigation, and the ends of justice outweigh the defendant's and the public's need for a speedy trial.

STIPULATION TO CONTINUE
HEARING DATE
No. CR 05-00286 JW                                                              1

1  Dated: 6/1/06                                      /s/
                                                LARA S. VINNARD
2                                               Assistant Federal Public Defender

3  Dated:                                             /s/
                                                SUSAN KNIGHT
4                                               Assistant United States Attorney

*IT IS SO ORDERED*
*[signature: James Ware]*
*Judge James Ware*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOSE LUIS PADILLA,<br><br>    Defendant. | No. CR 05-00286 JW<br><br>[~~PROPOSED~~] **ORDER CONTINUING HEARING AND EXCLUDING TIME** |

The parties have jointly requested a continuance of the hearing set for June 5, 2006, to allow time for state courts to resolve petitions filed by Mr. Padilla challenging the convictions that caused him to be deported.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for June 5, 2006, be continued to June 26, 2006, at 1:30 p.m.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from June 5, 2006, to June 26, 2006, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Dated:  06/09/06

_____
JAMES WARE
United States District Judge

ORDER CONTINUING HEARING
No. CR 05-00286 JW                        3