BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant PADILLA

FILED

JUL 14 2006

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>JOSE LUIS PADILLA,  )<br>  )<br>Defendant.  )<br>_____) | No. CR 05-00286 JW<br><br>**STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME; [PROPOSED] ORDER** |

    Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Monday, July 17, 2006, be continued to Monday, September 11, 2006, at 1:30 p.m.

    The continuance is requested because Mr. Padilla's attorney in related state proceedings, Keith Jordan, Esq., has learned that hearings have been set in Los Angeles on July 28, 2006 on his pending petitions to vacate certain prior convictions that resulted in Mr. Padilla's deportation. The parties agree that a continuance is appropriate to allow time for this purpose.

    The parties further agree that time should be excluded under the Speedy Trial Act because the defense requires time for effective preparation and investigation, and the ends of justice outweigh the defendant's and the public's need for a speedy trial.

STIPULATION TO CONTINUE
HEARING DATE; [PROPOSED] ORDER
No. CR 05-00286 JW                              1

Dated: 7/13/06

        /s/
LARA S. VINNARD
Assistant Federal Public Defender

Dated: 7/13/06

        /s/
SUSAN KNIGHT
Assistant United States Attorney

## ORDER

The parties have jointly requested a continuance of the hearing set for July 17, 2006, to allow time for a hearing to occur in state court on July 28, 2008, to resolve petitions filed by Mr. Padilla challenging the convictions that caused him to be deported.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for July 17, 2006, be continued to September 11, 2006, at 1:30 p.m.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from July 17, 2006, to September 11, 2006, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Dated: July 14, 2006

JAMES WARE
United States District Judge

STIPULATION TO CONTINUE
HEARING DATE; [PROPOSED] ORDER
No. CR 05-00286 JW

2