BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant PADILLA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00286 JW |
| ) | |
| Plaintiff, ) | **STIPULATION TO CONTINUE** |
| ) | **HEARING AND EXCLUDE TIME;** |
| v. ) | **[PROPOSED] ORDER** |
| ) | |
| JOSE LUIS PADILLA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Monday, September 11, 2006, be continued to Monday, October 16, 2006, at 1:30 p.m.

The continuance is requested because Mr. Padilla's attorney in related state proceedings, Keith Jordan, Esq., appeared in Los Angeles County Superior Court on July 28, 2006 on his pending petitions to vacate or modify certain prior convictions that resulted in Mr. Padilla's deportation.  Mr. Jordan has informed defense counsel that there will be a final appearance in Los Angeles in approximately mid-September, and he believes there may be a favorable outcome for Mr. Padilla.  The parties agree that a continuance is appropriate to allow completion of this process.

1  The parties further agree that time should be excluded under the Speedy Trial Act because
2  the defense requires time for effective preparation and investigation, and the ends of justice
3  outweigh the defendant's and the public's need for a speedy trial.

4  Dated:     09/07/2006                     _____/s/_____
                                              LARA S. VINNARD
5                                             Assistant Federal Public Defender

6  Dated:     09/07/2006                     _____/s/_____
                                              SUSAN KNIGHT
7                                             Assistant United States Attorney

## ORDER

The parties have jointly requested a continuance of the hearing set for September 11, 2006, to allow time for a hearing to occur in state court, to resolve petitions filed by Mr. Padilla challenging the convictions that caused him to be deported.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for September 11, 2006, be continued to October 16, 2006, at 1:30 p.m.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from September 11, 2006, to October 16, 2006, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Dated:   9/8/06                              _____
                                              JAMES WARE
                                              United States District Judge

STIPULATION TO CONTINUE
HEARING DATE; [PROPOSED] ORDER
No. CR 05-00286 JW                            2